IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01369-PSF-CBS

U.S. BANK NATIONAL ASSOCIATION, a national banking association,

    Plaintiff,

v.

LeGAN, INC., a Delaware corporation;
BOULDER MERIDIAN, LTD, a Colorado limited partnership;
ARVADA MERIDIAN, LTD, a Colorado limited partnership;
LAKEWOOD MERIDIAN, LTD, a Colorado limited partnership;
WESTLAND MERIDIAN, LTD, a Colorado limited partnership;
TEMPLE MERIDIAN, LTD, a Colorado limited partnership;
ENGLEWOOD MERIDIAN, LTD, a Colorado limited partnership,

    Defendants.

## ORDER TO RESET SCHEDULING CONFERENCE

This matter comes before the Court on plaintiff's Motion to Vacate Scheduling Conference (Dkt. # 7).  IT IS HEREBY ORDERED that the scheduling conference set for August 21, 2006 at 1:30 p.m. is RESET to **September 15, 2006 at 8:30 a.m.**

IT IS FURTHER ORDERED that plaintiff's counsel shall serve a copy of this Order on defendants, or their counsel if they have entered their appearance by the time this Order is entered, notifying them of the continued scheduling conference date.

DATED: August 2, 2006

                                       BY THE COURT:

                                       *s/ Phillip S. Figa*

                                       _____
                                       Phillip S. Figa
                                       United States District Judge