**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:06-cv-01369-PSF-CBS

U.S. BANK NATIONAL ASSOCIATION, a national banking association,

    Plaintiff,

v.

LeGAN, INC., a Delaware corporation;
BOULDER MERIDIAN, LTD., a Colorado Limited Partnership;
ARVADA MERIDIAN, LTD., a Colorado limited partnership;
LAKEWOOD MERIDIAN, LTD., a Colorado limited partnership;
WESTLAND MERIDIAN, LTD., a Colorado limited partnership;
TEMPLE MERIDIAN, LTD., a Colorado limited partnership;
ENGLEWOOD MERIDIAN, LTD., a Colorado limited partnership,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

    Pursuant to the Plaintiff's F.R.C.P. 41 Notice of Dismissal With Prejudice (Dkt. # 14), and good cause appearing therefor,

    IT IS HEREBY ORDERED that this case shall be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

    DATED: August 28, 2006.

*s/ Phillip S. Figa*
_____
The Honorable Phillip S. Figa